**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| **VENADIUM LLC,** | |
| **Plaintiff,** | |
| **v.** | **No. 5:17-cv-58-RWS** |
| **WINE.COM, INC.,** | |
| **Defendant.** | |

### ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

In accordance with the parties Joint Motion to Stay All Deadlines and Notice of Settlement, this Court **ORDERS** that this case is stayed for thirty (30) days from the date of entry of this Order.

The parties are **EXCUSED** from the scheduling conference set for July 13, 2017.

 **SIGNED this 10th day of July, 2017.**


_Robert W. Schroeder III_
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE